SCHIFF HARDIN LLP
WILLIAM J. CARROLL (Bar No. 118106)
wcarroll@schiffhardin.com
SARAH D. YOUNGBLOOD (Bar No. 244304)
syoungblood@schiffhardin.com
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA  94105
Telephone:     (415) 901-8700
Facsimile:      (415) 901-8701

Attorneys for Defendant
FEDEX GROUND PACKAGE SYSTEM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOTT COKER and RICK PINK,<br><br>            Plaintiffs,<br><br>     v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>            Defendant. | Case No. C-12-4722 (EJD)<br><br>**JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

Plaintiffs ELLIOTT COKER and RICK PINK ("Plaintiffs") and Defendant FEDEX GROUND PACKAGE SYSTEM, INC. ("Defendant") hereby enter into this Joint Stipulation to Continue the Initial Case Management Conference, based on the following:

1.      Plaintiffs filed their summons and complaint on September 10, 2012;

2.      The Court issued an Order Setting Initial Case Management Conference and ADR Deadlines on September 10, 2012, setting the Initial Case Management Conference for January 4, 2013 and setting a schedule for the parties to meet and confer regarding initial disclosures and ADR prior to the conference;

3.      On September 20, 2012, the Court re-set the Initial Case Management Conference for January 11, 2013;

4. Defendant was initially served with the summons and complaint on December 21, 2012;

5. Due to the December 21, 2012 service date, the parties have yet to address initial disclosures, the Rule 26(f) conference, and other events scheduled to occur prior to the January 11, 2013, Initial Case Management Conference;

6. The parties have agreed, subject to court approval, to continue the Initial Case Management Conference for a period of 60 days, to March 8, 2013 at 10:00am, with the understanding that, pursuant to the September 10, 2012 Scheduling Order, all other dates set by that order will be re-set accordingly.

IT IS SO STIPULATED.

Dated: January 2, 2013                                CHURCH STATE COUNCIL

                                                     By:  /s/ *Alan J. Reinach*
                                                         ALAN J. REINACH
                                                         Attorneys for Plaintiffs
                                                         ELLIOTT COKER and RICK PINK

Dated: January 2, 2013                                SCHIFF HARDIN LLP

                                                     By: */s/William J. Carroll*
                                                         WILLIAM J. CARROLL
                                                         Attorneys for Defendant
                                                         FEDEX GROUND PACKAGE SYSTEM, INC.

I attest and certify under Northern District General Order 45(x) that I received permission from plaintiffs' counsel before e-filing this document and will retain proof of this permission in compliance with General Order 45(x).

Dated: January 2, 2013                                SCHIFF HARDIN LLP

                                                     By: */s/William J. Carroll*
                                                         WILLIAM J. CARROLL
                                                         Attorneys for Defendant
                                                         FEDEX GROUND PACKAGE SYSTEM, INC.

1  PURSUANT TO STIPULATION, IT IS SO ORDERED
   The parties shall file a joint case management conference statement on or before March 1, 2013.
2
3  Dated: _____1/3_____, 2013        _____
                                              U.S. District Judge
4                                             Edward J. Davila
5
6  33958-0019
   SF\320507293.1
7

- 3 -                                                           CASE NO. C-12-4722 (EJD)

*Elliott Coker and Rick Pink v. Fedex Ground Package System, Inc.*
U.S.D.C. Northern Dist. Case No. C-12-4722 (EJD)

## PROOF OF SERVICE

I, the undersigned, certify and declare as follows:

I am over the age of eighteen years and not a party to this action. My business address is One Market, Spear Street Tower, 32nd Floor, San Francisco, California. On the date stated below, at San Francisco, California, I served the attached document(s) on the parties in this action as follows:

**JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**

☒ By electronically serving the document(s) listed above on the recipients designated on the Transaction Receipt located on the PACER website.

Alan J. Reinach
Church State Council
2686 Townsgate Rd.
Westlake Village, CA 91359
Tel: (805) 413-7398
Fax: (805) 497-7099
Email: ajrliberty@gmail.com

*Counsel for Plaintiffs*

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed this 2nd day of January 2013, at San Francisco, California.

*/s/ Leann F. Love*
Leann F. Love

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

33958-0019
SF\320507308.1