SCHIFF HARDIN LLP
WILLIAM J. CARROLL (Bar No. 118106)
wcarroll@schiffhardin.com
SARAH D. YOUNGBLOOD (Bar No. 244304)
syoungblood@schiffhardin.com
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA  94105
Telephone:     (415) 901-8700
Facsimile:      (415) 901-8701

Attorneys for Defendant
FEDEX GROUND PACKAGE SYSTEM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOTT COKER and RICK PINK,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>Defendant. | Case No. C-12-4722 (EJD)<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**<br><br>**(FRCP 41(a)(1)(A)(ii))** |

Plaintiffs ELLIOTT COKER and RICK PINK and Defendant FEDEX GROUND PACKAGE SYSTEM, INC. stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action may be dismissed, in its entirety, with prejudice.  Each party to bear its own attorneys' fees and costs.

Dated: June 25, 2013

STANFORD LAW SCHOOL
RELIGIOUS LIBERTY CLINIC

By: */s/ James A. Sonne*
JAMES A. SONNE
Attorneys for Plaintiffs
ELLIOTT COKER and RICK PINK

1  Dated: June 25, 2013                           SCHIFF HARDIN LLP

2                                                 By: */s/William J. Carroll*
                                                      WILLIAM J. CARROLL
3                                                     Attorneys for Defendant
                                                      FEDEX GROUND PACKAGE SYSTEM, INC.
4

5        I attest and certify that I received permission from plaintiffs' counsel to utilize his

6  electronic signature before e-filing this document and will retain proof of this permission.

7  Dated: June 25, 2013                           SCHIFF HARDIN LLP
8

9                                                 By: */s/William J. Carroll*
                                                      WILLIAM J. CARROLL
10                                                    Attorneys for Defendant
                                                      FEDEX GROUND PACKAGE SYSTEM, INC.
11

12
                                             ORDER
13

14       Having read and considered the foregoing joint stipulation of the parties, and good cause

15 shown:

16 IT IS SO ORDERED.

17       The Clerk shall close this file.

18 Dated: _____6/26_____, 2013           _____
                                            Honorable Edward J. Davila
19                                          United States District Judge

20

21 33958-0019
   SF\320704614.1

- 2 -                                                         CASE NO. C-12-4722 (EJD)

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL (FRCP 41(A)(1)(A)(II))