SCHIFF HARDIN LLP
WILLIAM J. CARROLL (Bar No. 118106)
wcarroll@schiffhardin.com
SARAH D. YOUNGBLOOD (Bar No. 244304)
syoungblood@schiffhardin.com
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA  94105
Telephone:     (415) 901-8700
Facsimile:      (415) 901-8701

Attorneys for Defendant
FEDEX GROUND PACKAGE SYSTEM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOTT COKER and RICK PINK, | Case No. C-12-4722 (EJD) |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |
| v. | |
| FEDEX GROUND PACKAGE SYSTEM, INC., | (FRCP 41(a)(1)(A)(ii)) |
| Defendant. | |

Plaintiffs ELLIOTT COKER and RICK PINK and Defendant FEDEX GROUND PACKAGE SYSTEM, INC. stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action may be dismissed, in its entirety, with prejudice.  Each party to bear its own attorneys' fees and costs.

Dated:  June 25, 2013

STANFORD LAW SCHOOL
RELIGIOUS LIBERTY CLINIC

By: */s/ James A. Sonne*
       JAMES A. SONNE
Attorneys for Plaintiffs
ELLIOTT COKER and RICK PINK

1  Dated:  June 25, 2013                                  SCHIFF HARDIN LLP

2                                                          By:  */s/William J. Carroll*
                                                                WILLIAM J. CARROLL
3                                                          Attorneys for Defendant
                                                           FEDEX GROUND PACKAGE SYSTEM, INC.
4

5

6      I attest and certify that I received permission from plaintiffs' counsel to utilize his

7  electronic signature before e-filing this document and will retain proof of this permission.

8  Dated:  June 25, 2013                                  SCHIFF HARDIN LLP

9                                                          By:  */s/William J. Carroll*
                                                                WILLIAM J. CARROLL
10                                                         Attorneys for Defendant
                                                           FEDEX GROUND PACKAGE SYSTEM, INC.
11

12
                                    ORDER
13

14     Having read and considered the foregoing joint stipulation of the parties, and good cause

15  shown:

16  IT IS SO ORDERED.

17     The Clerk shall close this file.

18  Dated:  _____6/26_____, 2013       _____
                                          Honorable Edward J. Davila
19                                        United States District Judge

20

21  33958-0019
    SF\320704614.1

22

- 2 -                                                                                CASE NO. C-12-4722 (EJD)

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO